# Exhibit A

Alan A. Ahdoot, Esq. (State Bar No. 238594)
Christopher B. Adamson, Esq. (State Bar No. 238500)
Arash Nematollahi, Esq. (State Bar No.: 225306)
**ADAMSON AHDOOT LLP**
1150 S. Robertson Blvd.
Los Angeles, California 90035
T: 310.888.0024
F: 888.895.4665
E: alan@aa.law
E: christopher@aa.law
E: arash@aa.law

Attorneys for Plaintiff
DOMINIC GOMEZ PORTILLO

Electronically FILED by
Superior Court of California,
County of Los Angeles
2/26/2024 1:43 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Mercer, Deputy Clerk

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

## UNLIMITED JURISDICTION

| | |
|---|---|
| DOMINIC GOMEZ PORTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZON.COM, INC.; AMAZON<br>DELIVERY SERVICE PARTNER, a<br>California entity, form unknown; AMAZON<br>FULFILLMENT CENTER, a California<br>entity, form unknown; JUNSYOUNG,<br>business entity form unknown;<br>JUNSHENGYOUNG, business entity form<br>unknown; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.:    **24LBCV00397**<br><br>**PLAINTIFF'S COMPLAINT FOR DAMAGES FOR:**<br><br>1. **NEGLIGENCE – FAILURE TO WARN**<br>2. **NEGLIGENT PRODUCTS LIABILTY**<br>3. **STRICT PRODUCTS LIABILITY**<br>4. **BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**<br>5. **NEGLIGENT MISREPRESENTATION**<br><br>**PLAINTIFF'S REQUEST TRIAL BY JURY**<br><br>**DEMAND IS ABOVE $25,000.00** |

COMES NOW Plaintiff DOMINIC GOMEZ PORTILLO ("PLAINTIFF") in this Complaint for causes of action against Defendants AMAZON.COM SERVICES LLC; AMAZON.COM, INC.; AMAZON DELIVERY SERVICE PARTNER, a California entity, form

PLAINTIFF'S COMPLAINT FOR DAMAGES ... ; DEMAND FOR JURY TRIAL

1

unknown; AMAZON FULFILLMENT CENTER, a California entity, form unknown; JUNSYOUNG, business entity form unknown, JUNSHENGYOUNG, business entity form unknown; and DOES 1-100, Inclusive, and each of them, (collectively referred to as "DEFENDANTS"), complains and allege as follows:

## GENERAL ALLEGATIONS

1.    The true names and capacities, whether individual, corporate, associate, governmental, or otherwise of DOES 1 -100, inclusive, are unknown to PLAINTIFF at this time, who therefore sues said defendants by such fictitious names; and when the true names and capacities of said defendants are ascertained, PLAINTIFF will amend this complaint accordingly.

2.    PLAINTIFF is informed, believes and thereon alleges that each of the defendants designated herein as a DOE is liable for negligence and/or liable for negligent/strict product liability, and/or negligent misrepresentation, and/or breach of warranty, and/or was in the chain of distribution (including but not limited to the manufacturers, distributors, wholesalers, retailers, marketers, supplies, and advertisers) of the defective product and/or was directly in the chain of marketing of the defective product and/or is otherwise responsible in some manner for the events and happenings herein referred to, and their negligence and/or other conduct pertaining to the incident described herein or pertaining to the defective product described herein or otherwise, proximately caused serious injuries and damages to PLAINTIFF, either through said DEFENDANTS' own conduct or through the conduct of their agents, servants, or employees, or due to their designing, manufacturing, marketing, advertising, selling, supplying, distributing causing the injury, or in some other manner.

3.    At all times relevant and mentioned herein, PLAINTIFF DOMINIC GOMEZ PORTILLO was a resident of the City of San Pedro, California, County of Los Angeles, California, and this Court, Los Angeles Superior Court, Central Courthouse judicial district, therefore, is the proper Court in which to bring this action, pursuant to California *Code of Civil Procedure* sections 395 and 396.

///

EXHIBIT A
Page 8

4.    At all times relevant and mentioned herein, DEFENDANT **AMAZON.COM SERVICES LLC** (hereinafter "AMAZON.COM") was and is an LLC corporation doing business in the County of Los Angeles, State of California,

5.    At all times relevant and mentioned herein, DEFENDANT **AMAZON.COM, INC.,** (hereinafter "AMAZON.COM, INC.") was and is a corporation doing business in the County of Los Angeles, State of California,

6.    At all times relevant and mentioned herein, Defendant **AMAZON DELIVERY SERVICE PARTNER, a California entity, form unknown,** (hereinafter "AMAZON DELIVERY") was and is an independent contractor/franchisee business entity, form unknown, doing business in the County of Los Angeles, State of California.

7.    At all times relevant and mentioned herein, Defendant **AMAZON FULFILLMENT CENTER, a California entity, form unknown** (hereinafter "AMAZON FULFILLMENT") was and is a California business entity operating out of 11800 West Olympic Boulevard, Los Angeles, California 90064, form unknown, doing business in the County of Los Angeles, the State of California.

8.    DEFENDANTS AMAZON.COM SERVICES LLC, AMAZON.COM, INC., AMAZON DELIVERY SERVICE PARTNER, a California entity, form unknown, and AMAZON FULFILLMENT CENTER, a California entity, form unknown, are hereinafter collectively referred to as "AMAZON DEFENDANTS").

9.    At all times relevant and mentioned herein, Defendant **JUNSYOUNG,** business entity form unknown (hereinafter "Defendant **JUNSYOUNG**"), business entity form unknown, doing business in the county of Los Angeles, the State of California.

10.    At all times relevant and mentioned herein, Defendant **JUNSHENGYOUNG,** business entity form unknown (hereinafter "Defendant **JUNSHENGYOUNG**"), business entity form unknown, doing business in the county of Los Angeles, the State of California.

11.    PLAINTIFF is informed, believes, and thereon alleges that at all times relevant and mentioned herein, DEFENDANTS, including DOES 1 through 100, inclusive, and each of them,

PLAINTIFF'S COMPLAINT FOR DAMAGES ... ; DEMAND FOR JURY TRIAL

3

were the agents, servants, employees, and/or successors in interest, and/or joint venturers of their co-Defendants, and each of them was acting within the course, scope, and authority of said agency, employment, and/or venture, and that each and every DEFENDANT, as aforesaid, when acting as a principal, was negligent in the selection and hiring, retention, training and supervision of each and every other DEFENDANT as an agent, employee and/or joint venturer. Furthermore, that each said DEFENDANT, while acting as a principal, expressly directed, consented to, approved, affirmed, and ratified each and every action taken by their co-Defendants, as alleged.

12.    PLAINTIFF is informed, believes, and thereon alleges that said fictitiously named DEFENDANTS, and each of them, engaged in the same or similar conduct as the named DEFENDANT, thereby proximately causing PLAINTIFF'S damages as set forth herein, either through the said fictitious Defendants' own negligent conduct or through the conduct of agents, servants, or employees, or due to their ownership, rental, use, repair, or maintenance of the product.

13.    At all times mentioned herein DEFENDANTS were doing business in the State of California.

14.    PLAINTIFF is informed, believes, and thereon alleges that at all times herein mentioned, AMAZON DEFENDANTS, owned, maintained, controlled, possessed, managed, and/or otherwise operated the online store/marketplace named AMAZON.COM.

15.    PLAINTIFF brings this action because of the serious injuries and damages sustained in connection with incident that occurred on or about February 1, 2024, when PLAINTIFF's feet sustained severe burn injury and damage from the heated insoles (hereinafter "SUBJECT HEATED INSOLES") sold, supplied, distributed, marketed, and advertised by AMAZON.COM.

16.    On or about November 24, 2023, SUBJECT HEATED INSOLES were listed for sale, marketed, marketed, and advertised on AMAZON.COM, and purchased in Los Angeles, California from DEFENDANT AMAZON.COM, through its marketplace on AMAZON.COM that sold, supplied and distributed the SUBJECT HEATED INSOLES.

///

PLAINTIFF'S COMPLAINT FOR DAMAGES … ; DEMAND FOR JURY TRIAL

4

17.    At all times mentioned herein, DEFENDANTS were engaged in the business of designing, manufacturing, fabricating, assembling, distributing, selling, inspecting, warranting, retailing, wholesaling, marketing, and/or advertising the SUBJECT HEATED INSOLES.

18.    On or about February 1, 2024, PLAINTIFF was walking with the SUBJECT HEATED INSOLES. As PLAINTIFF was walking with the SUBJECT HEATED INSOLES, the SUBJECT HEATED INSOLES suddenly and without warning combusted causing his shoe, foot, leg and clothing to catch on fire resulting in second and third degree burns to PLAINTIFF.

19.    DEFENDANT AMAZON.COM is directly and vicariously liable for PLAINTIFF'S injuries and damages for advertising, marketing, supplying, distributing, and selling the SUBJECT HEATED INSOLES.

20.    As a result of the burn, PLAINTIFF suffered severe, traumatic, debilitating, and permanent injuries that necessitated significant medical care.

21.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "The heated foot warmer can be charged hundreds of times and safely used even at -20 °C."

22.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "Built-in temperature sensor and control chip, the temperature will automatically stop heating when the safe temperature is reached."

23.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "Over-heating protection, Over-power protection, Short-circuit protection, Insulation protection."

24.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "PLEASE REST ASSURED TO BUY!"

///

///

///

PLAINTIFF'S COMPLAINT FOR DAMAGES … ; DEMAND FOR JURY TRIAL

5

EXHIBIT A
Page 11

25.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that *the charging head has CE certification to ensure the regularity and safety of the product.*

26.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below that *the charging head has FCC certification to ensure the regularity and safety of the product.*

27.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that *the charging head has RoHS certification to ensure the regularity and safety of the product.*

28.    DEFENDANTS, and each of them, state, represent, and advertise on AMAZON.COM, as set forth below, that the SUBJECT HEATED INSOLES *are safe.*

///

///

///

PLAINTIFF'S COMPLAINT FOR DAMAGES … ; DEMAND FOR JURY TRIAL

6

EXHIBIT A
Page 12

**With charging head and 2 in 1 Type-C data cable**

The charging head has CE, FCC, RoHS, and other certifications to ensure the regularity and safety of the product.

The data cable is a two-in-one TYPE-C charging cable. In addition to powering the insoles through electronic devices such as power banks and computers, it can also provide power to electronic devices such as mobile phones and pads.

**Perfect winter gifts**

The heated insoles is a great gift for family and friends, especially those with cold feet in cold weather.

It is definitely a good idea to give such a caring and warm gift on birthdays, Thanksgiving, Christmas, New Year and so on.

**Product information**

https://www.amazon.com/Insoles-Rechargeable-Control-Heating-Electric/dp/B0CCDR266V/ref=sr_1_2?crid=9N6BA9YG8DUI&keywords=junshengyo...   3/8

29.     Statements made by DEFENDANTS, and each of them, on AMAZON.COM regarding the safety and certification of the SUBJECT HEATED INSOLES were incorrect, not true, misleading, and false.

## FIRST CAUSE OF ACTION

## NEGLIGENCE – FAILURE TO WARN

(By PLAINTIFF against DEFENDANTS and/or DOES 1-100.)

30.     PLAINTIFF re-alleges and incorporates herein by reference each and every allegation and statement contained in the prior paragraphs.

31.     DEFENDANTS, and each of them, designed, manufactured, promoted, marketed, advertised, sold, supplied and/or distributed the SUBJECT HEATED INSOLES.

32.     DEFENDANTS, and each of them, were negligent when they designed, manufactured, promoted, marketed, advertised, sold, supplied and/or distributed the SUBJECT HEATED INSOLES.

33.     PLAINTIFF is informed, believes, and thereon alleges that DEFENDANTS, and each of them, failed to properly warn of the dangers in the reasonable and intended use of the SUBJECT HEATED INSOLES.

34.     PLAINTIFF has sustained severe injuries as a result of the SUBJECT HEATED INSOLES.

PLAINTIFF'S COMPLAINT FOR DAMAGES ... ; DEMAND FOR JURY TRIAL

7

EXHIBIT A
Page 13

35.    DEFENDANTS' negligence was a substantial factor in causing PLAINTIFF's harm.

## SECOND CAUSE OF ACTION

## NEGLIGENT PRODUCTS LIABILITY

(By PLAINTIFF against DEFENDANTS and/or DOES 1-100)

36.    PLAINTIFF re-alleges and incorporates herein by reference each and every allegation and statement contained in the prior paragraphs.

37.    DEFENDANTS, and each of them, owed a duty to PLAINTIFF and the general public to exercise reasonable care in design and/or manufacture and/or warning, and/or inspecting, and/or supplying and/or sale and/or distribution of the SUBJECT HEATED INSOLES, to ensure it was safe for its reasonably foreseeable use.

38.    DEFENDANTS, and each of them, negligently and/or failed to exercise reasonable care when they designed and/or manufactured and/or failed to warn, and/or inspected, and/or supplying and/or sale and/or distribution the SUBJECT HEATED INSOLES, such that it was dangerous and unsafe for its intended use and/or reasonably foreseeable use.

39.    As a proximate result of said negligent conduct, PLAINTIFF suffered irreparable injuries as previously alleged.

40.    The negligence of DEFENDANTS, and each of them, was a substantial factor in causing the serious injuries to PLAINTIFF, as previously alleged.

## THIRD CAUSE OF ACTION

## STRICT PRODUCTS LIABILITY

(By PLAINTIFF against DEFENDANTS and/or DOES 1-100)

41.    PLAINTIFF re-alleges and incorporates herein by references each and every allegation and statement contained in the prior paragraphs.

///

///

PLAINTIFF'S COMPLAINT FOR DAMAGES ... ; DEMAND FOR JURY TRIAL

8

42. At all times mentioned herein, DEFENDANTS, and each of them, were engaged in the business of manufacturing, fabricating, designing, assembling, repairing, distributing, selling, inspecting, warranting, warning, marketing, and/or advertising the SUBJECT HEATED INSOLES.

43. PLAINTIFF is informed, believes, and thereon alleges that the SUBJECT HEATED INSOLES included design and/or manufacturing defects that resulted in PLAINTIFF's injuries, and that the SUBJECT HEATED INSOLES contained this defect when it was introduced into the stream of commerce.

44. PLAINTIFF is informed, believes, and thereon alleges that DEFENDANTS, and each of them, failed to properly warn of the dangers in the reasonable and intended use of the SUBJECT HEATED INSOLES.

45. As a direct result of the defective SUBJECT HEATED INSOLES and conduct of the DEFENDANTS, and each of them, PLAINTIFF has suffered serious injuries and damages.

## FOURTH CAUSE OF ACTION

## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

(By PLAINTIFF against DEFENDANTS and/or DOES 1-100)

46. PLAINTIFF re-alleges and incorporates herein by references each and every allegation and statement contained in the prior paragraphs.

47. PLAINTIFF is informed, believes, and thereon alleges that the SUBJECT HEATED SOLES were purchased from DEFENDANTS, and each of them.

48. PLAINTIFF is informed, believes, and thereon alleges that at the time of purchase, DEFENDANTS, and each of them, were in the business of selling heated insoles, by their occupation held them out as having special knowledge or skill regarding these goods.

49. PLAINTIFF is informed, believes, and thereon alleges that the SUBJECT HEATED INSOLES were not of the same quality as those generally acceptable in the trade, was not fit for the ordinary purposes for which the SUBJECT HEATED INSOLES was used.

///

EXHIBIT A
Page 15

50.    PLAINTIFF sustained irreparable injuries as a result of the defective SUBJECT HEATED INSOLES.

51.    PLAINTIFF is informed, believes, thereon alleges that the failure of the SUBJECT HEATED INSOLES to have the expected quality was a substantial factor in causing serious injuries to PLAINTIFF.

**FIFTH CAUSE OF ACTION**

**NEGLIGENT MISREPRESENTATION**

(By PLAINTIFF against DEFENDANTS and/or DOES 1-100)

52.    PLAINTIFF re-alleges and incorporates herein by references each and every allegation and statement contained in the prior paragraphs.

53.    DEFENDANTS, and each of them, designed, manufactured, promoted, marketed, advertised, sold, supplied and/or distributed the SUBJECT HEATED INSOLES.

54.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "The heated foot warmer can be charged hundreds of times and safely used even at -20 °C."

55.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "Built-in temperature sensor and control chip, the temperature will automatically stop heating when the safe temperature is reached."

56.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "Over-heating protection, Over-power protection, Short-circuit protection, Insulation protection."

57.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that "PLEASE REST ASSURED TO BUY!"

///

///

///

EXHIBIT A
Page 16

58.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that *the charging head has CE certification to ensure the regularity and safety of the product.*

59.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below that *the charging head has FCC certification to ensure the regularity and safety of the product.*

60.    DEFENDANTS, and each of them, state on AMAZON.COM, as set forth below, that *the charging head has RoHS certification to ensure the regularity and safety of the product.*

61.    DEFENDANTS, and each of them, state, represent, and advertise on AMAZON.COM, as set forth below, that the SUBJECT HEATED INSOLES *are safe.*

///

///

///

**With charging head and 2 in 1 Type-C data cable**

The charging head has CE, FCC, RoHS, and other certifications to ensure the regularity and safety of the product.

The data cable is a two-in-one TYPE-C charging cable. In addition to powering the insoles through electronic devices such as power banks and computers, it can also provide power to electronic devices such as mobile phones and pads.

**Perfect winter gifts**

The heated insoles is a great gift for family and friends, especially those with cold feet in cold weather.

It is definitely a good idea to give such a caring and warm gift on birthdays, Thanksgiving, Christmas, New Year and so on.

---

**Product information**

https://www.amazon.com/Insoles-Rechargeable-Control-Heating-Electric/dp/B0CCDR266V/ref=sr_1_2?crid=9N6BA9YG8DUl&keywords=junshengyo...   3/8

62.    DEFENDANTS' statements made on AMAZON.COM regarding the safety and certification of the SUBJECT HEATED INSOLES were incorrect, not true, misleading, and false and although DEFENDANTS may have honestly believed that the representation were true, DEFENDANTS had no reasonable grounds for believing the representations were true when DEFENDANTS made them.

63.    PLAINTIFF reasonably relied on the representations made about the safety and certifications of the SUBJECT HEATED INSOLES on AMAZON.COM.

64.    PLAINTIFF has sustained severe injuries as a result of the SUBJECT HEATED INSOLES.

65.    PLAINTIFF's reliance on the representations made about the safety and certifications of the SUBJECT HEATED INSOLES on AMAZON.COM was a substantial factor in causing PLAINTIFF's harm.

///

///

///

PLAINTIFF'S COMPLAINT FOR DAMAGES ... ; DEMAND FOR JURY TRIAL
12

EXHIBIT A
Page 18

## PRAYER FOR DAMAGES

WHEREFORE, PLAINTIFF DOMINIC GOMEZ PORTILLO hereby prays for judgment against Defendants AMAZON.COM SERVICES LLC; AMAZON.COM, INC., AMAZON DELIVERY SERVICE PARTNER, a California entity, form unknown; AMAZON FULFILLMENT CENTER, a California entity, form unknown; JUNSYOUNG, business entity form unknown; JUNSHENGYOUNG, business entity form unknown, and DOES 1-100, inclusive, and each of them, as follows:

1.     For general damages (also known as non-economic damages), including but not limited to, past and future physical, mental, and emotional pain and suffering in an amount in excess of the jurisdictional minimum, according to proof;

2.     For special damages (also known as economic damages), including but not limited to, past and future hospital, medical, professional, and incidental expenses as well as past and future loss of earnings, loss of opportunity, and loss of earning capacity, in excess of the jurisdictional minimum, according to proof;

3.     Medical expenses incurred by PLAINTIFF;

4.     PLAINTIFF's loss of earnings and earning capacity;

5.     For cost of suit incurred herein, including attorney's fees, according to proof;

6.     For damages for PLAINTIFF's other losses, according to proof;

7.     For such other and further relief as the Court may deem just and proper.

Dated: February 26, 2024            **ADAMSON AHDOOT LLP**

                                By: _____
                                    ARASH NEMATOLLAHI
                                    Attorneys for Plaintiff
                                    DOMINIC GOMEZ PORTILLO

///

PLAINTIFF'S COMPLAINT FOR DAMAGES … ; DEMAND FOR JURY TRIAL

13

EXHIBIT A
Page 19

## DEMAND FOR TRIAL BY JURY

Plaintiff DOMINIC GOMEZ PORTILLO hereby demands a trial by jury as to all causes of action.

Dated: February 26, 2024

**ADAMSON AHDOOT LLP**

By: _____
ARASH NEMATOLLAHI
Attorneys for Plaintiff
DOMINIC GOMEZ PORTILLO

---

PLAINTIFF'S COMPLAINT FOR DAMAGES … ; DEMAND FOR JURY TRIAL

14